FILED
October 23, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KERI ZHANG WANG, )<br>)<br>Defendant. ) | Case No. 2:19-mj-00175-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, KERI ZHANG WANG, Case No. 2:19-mj-00175-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $20,000.00.

  _X_   Co-signed Unsecured Appearance Bond

  ___   Secured Appearance Bond

  _X_   (Other) Conditions as stated onthe record.

  _X_   (Other) The Defendant is ordered to appear in the Northern District of California on 10/29/2019 at 1:30 p.m. before the Honorable Nathanael Cousins at 280 South 1st St., San Jose, CA 95113.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/23/2019   at 2:10 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge